NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BYRON GIBBS JENNINGS, SR.        )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-3813
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____)

Opinion filed June 7, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public
Defender, and Tosha Cohen Assistant
Public Defender, Bartow, for Appellant.

PER CURIAM.

          Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.